UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SECURITIES AND EXCHANGE
COMMISSION            Plaintiff,

Case No. 15-cv-03320-WHP

-against-

XIAOYU XIA and YANTING HU    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Gregory A. Kasper_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GK6596_____    My State Bar Number is NY 2735405___

I am,
[ ] An attorney
[✓] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Schulte Roth & Zabel
             FIRM ADDRESS: 919 Third Avenue, New York, NY 10022
             FIRM TELEPHONE NUMBER: 212.756.2000
             FIRM FAX NUMBER: 212.593.5955

NEW FIRM:    FIRM NAME: U.S. Securities and Exchange Commission
             FIRM ADDRESS: 1961 Stout Street, Suite 1700, Denver, CO 80294
             FIRM TELEPHONE NUMBER: 303.844.1000
             FIRM FAX NUMBER: 303.297.3529

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 2, 2015

_____
ATTORNEY'S SIGNATURE